**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**SARAH A. GASKILL, ESQ.**
Nevada Bar No. 8461
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
sagaskill@wolfewyman.com
Tel: (702) 476-0100
Fax: (702) 476-0101

Attorneys for Defendants,
**GMAC MORTGAGE, LLC and
EXECUTIVE TRUSTEE SERVICES, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANNA ONISZK-HOROVITZ,<br><br>   Plaintiff,<br><br>v.<br><br>SAXON MORTGAGE, GMAC MORTGAGE, a California Reconveyance Company & EXECUTIVE TRUSTEE SERVICE,<br><br>   Defendants. | CASE NO.:  2:11-cv-00243-RLH-CWH<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Defendants, GMAC MORTGAGE, LLC (hereinafter, "GMAC") and EXECUTIVE TRUSTEE SERVICES, LLC (hereinafter, "ETS"), by and through their attorneys, Wolfe & Wyman LLP, filed a Motion to Dismiss Plaintiff's Complaint pursuant to F.R.C.P. Rule 12(b)(6) (Docket No. 8).  On March 8, 2011 SAXON MORTGAGE ("Saxon") filed a Joinder to the Motion to Dismiss (Docket No. 12).

////

////

1  The Court having considered the moving papers, its own files, and good cause appearing, hereby
2  grants GMAC and ETS' Motion to Dismiss and Saxon's Joinder to the Motion to Dismiss.  GMAC, ETS
3  and Saxon are hereby dismissed with prejudice.

4  DATED this 8th day of December, 2011.

_____
UNITED STATES DISTRICT    JUDGE

9  Respectfully submitted,

10 WOLFE & WYMAN LLP

13 By: /s/ *Sarah A. Gaskill*
    COLT B. DODRILL, ESQ.
14  Nevada Bar No. 9000
    SARAH A. GASKILL, ESQ.
15  Nevada Bar No. 8461
    980 Kelly Johnson Drive, Suite 140
16  Las Vegas, NV 89119
    Phone (702) 476-0100
17  Fax (702) 476-0101

18  Attorneys for Defendants,
19  **GMAC MORTGAGE, LLC and EXECUTIVE TRUSTEE SERVICES, LLC**

2

908711.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of September, 2011, and pursuant to Fed. R. Civ. Pro. 5(b), I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING MOTION TO DISMISS**, postage prepaid and addressed to all parties and counsel as identified on the court generated notice of electronic filing.

/s/ *Katia Ioffe*
KATIA IOFFE
An employee of WOLFE & WYMAN LLP